IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| MICHAEL DuPREE, #132478 | § | |
| VS. | § | CIVIL ACTION NO. 6:15cv250 |
| GEORGE FLOWERS | § | |

### ORDER OF DISMISSAL

The above-entitled and numbered civil action was assigned to United States Magistrate Judge John D. Love, who subsequently issued a Report and Recommendation that Plaintiff's action be dismissed without prejudice pursuant to the Plaintiff's motion for voluntary dismissal. A copy of the Report and Recommendation was sent to Plaintiff. The docket sheet reflects that the Clerk's office received an acknowledgment of receipt of the Report and Recommendation, but Plaintiff has not responded to the Report and Recommendation. Neither party has filed objections.

No objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. Accordingly, **IT IS THEREFORE**

**ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); Rule 41, Local Rules for the Eastern District of Texas. All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 29th day of December, 2015.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE